Francis J. Pons, Plaintiff in Error, v. Scottish Union and National Insurance Company, a foreign corporation, Defendant in Error.

### Division B.

Writ of error to Circuit Court Duval county; Rhydon M. Call, Judge.

John E. Hartridge for plaintiff in error.

A. W. Cockrell & Son for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.

---

Albert Powell, Plaintiff in Error, v. R. H. Haddock and W. B. Collins, late partners trading under the firm name and style of R. H. Haddock & Co., Defendants in Error.

### Division A.

Writ of error to Circuit Court, Suwannee county; Bascom H. Palmer, Judge.

F. L. Rees for plaintiff in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the complainants, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.